Christopher MOSBY, Plaintiff-Appellant,

v.

Eric SYKES; Steve Lenaier; Chris Sasser; Charlie Miller; John Ingram; Unknown Officer, Defendants-Appellees,

and

Brunswick County Sheriff's Department, Defendant.

No. 17-6306

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

Christopher Mosby, Appellant Pro Se. Christopher J. Geis, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina; Patrick Grayson Spaugh, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellees.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Mosby appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Mosby's motions for appointment of counsel and for return of property and affirm for the reasons stated by the district court. *Mosby v. Sykes*, No. 5:15-ct-03202-BO (E.D.N.C., Feb. 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*